MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail:  Carol

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JESUS AUGUSTINE BELTRAN, JR., <br><br> Plaintiff, <br><br> vs. <br> NANCY BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:18-cv-01431-BAM <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Confidential Letter be extended by 30 days, from Monday, May 6, 2019, to Monday, June 6, 2019.  This is Defendant's first request for an extension of time to respond to Plaintiff's letter brief.  Defendant respectfully requests this additional time in order to research the issues Plaintiff raises in his letter brief.  Counsel for Defendant has conferred with counsel for Plaintiff, who consents to the request.  The parties further stipulate that all subsequent dates in the Court's Scheduling Order shall be modified accordingly.

Counsel for Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: May 3, 2019		/s/ Melissa Newel_____
				(*as authorized via email on May 2, 2019)
				MELISSA NEWEL
				Attorney for Plaintiff


				MCGREGOR W. SCOTT
				United States Attorney
				DEBORAH LEE STACHEL
				Regional Chief Counsel, Region IX
				Social Security Administration

			By:	/s/ Carol S. Clark_____
				CAROL S. CLARK
				Special Assistant U.S. Attorney

				Attorneys for Defendant


### ORDER

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendant to respond to Plaintiff's Confidential Letter brief is HEREBY EXTENDED to June 6, 2019. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __**May 6, 2019**__			/s/ Barbara A. McAuliffe_____
						UNITED STATES MAGISTRATE JUDGE