MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MO 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JESUS A. BELTRAN, JR., <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:18-cv-01431-BAM <br><br> STIPULATION AND ORDER REMANDING THE CASE TO DEFENDANT FOR FURTHER ADMINISTRATIVE ACTION |

    It is hereby stipulated, by and between the parties, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to develop and evaluate Plaintiff's ability to read, write, and communicate in English; consider and evaluate other evidence, including lay witness testimony, addressing Plaintiff's functional limitations; obtain updated evidence from a vocational expert and resolve any apparent conflicts between the

evidence and information in the <u>Dictionary of Occupational Titles</u>; offer Plaintiff the opportunity for a new hearing; and issue a new decision.  The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  May 17, 2019      */s_ Melissa Newel*_____
(*as authorized via email on May 17, 2019)
MELISSA NEWEL
Attorney for Plaintiff

Dated:  May 17, 2019      MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  *Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above stipulation.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
IT IS SO ORDERED.

Dated:   **May 20, 2019**       /s/ *Barbara A. McAuliffe*_____
UNITED STATES MAGISTRATE JUDGE