Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JESUS AUGUSTINE BELTRAN, JR.

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
CAROL S. CLARK
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8975
Carol.S.Clark@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AUGUSTINE BELTRAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL[1], COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:18-CV-1431 (BAM) <br><br> **STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))** |

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure and 42 U.S.C. §405(g), Andrew Saul is hereby substituted as the named defendant in the above-captioned action.

1   IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2   attorneys, subject to the approval of the Court, that Jesus Augustine Beltran, Jr. (Plaintiff) be
3   awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in the
4   amount of three thousand and sixteen dollars and eighty-one cents ($3,016.81). This represents
5   compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this
6   civil action, in accordance with 28 U.S.C. §2412 (d).

7   After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8   the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9   *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10  attorney fees are subject to any offset allowed under the United States Department of the
11  Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12  determine whether they are subject to any offset.

13  Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14  that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
15  payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
16  "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Fees shall remain payable
17  to Plaintiff absent assignment executed by Plaintiff. Any and all payments made shall be
18  delivered to Plaintiff's counsel.

19  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
20  attorney fees and does not constitute an admission of liability on the part of Defendant under
21  EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
22  and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
23  and expenses in connection with this action.
24  ///
25  ///
26  ///
27  ///
28  ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: August 19, 2019            NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
JESUS AUGUSTINE BELTRAN, JR.

Dated: August 19, 2019            MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Carol S. Clark*
CAROL S. CLARK
(*Authorized by email dated 08/19/2019*)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §2412, fees in the amount of three thousand sixteen dollars and eighty-one cents ($3,016.81) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **August 21, 2019**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE